In the Matter of the Judicial Settlement of the Account of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Temporary Administrator and Executor, and LOUIS B. HASBROUCK, as Executor, etc., of ABRAHAM MESSLER QUICK, Deceased, Respondents; BERTHA H. GURNEE, Appellant, and GENERAL SYNOD OF THE REFORMED CHURCH OF AMERICA, Residuary Legatee, Respondent.— Decree of the Surrogate's Court of Kings county, settling the executors' account and disallowing claimant's claim, in so far as appealed from, unanimously affirmed, with costs to respondents, payable by appellant personally. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Adel, JJ. [157 Misc. 84.]

In the Matter of the Application of the TOWN OF HUNTINGTON, Appellant, for a Certiorari Order to WILLIAM J. BRADFORD and Others, Constituting the Board of Trustees of the Village of Northport, New York, Acting as the Board of Assessors of Said Village, Respondents.— Order dismissing writ of certiorari to review assessment by the village of Northport of land owned by the town of Huntington within its corporate limits, which land is devoted to private uses, unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.

In the Matter of the Petition of ELIZABETH V. SAUM to Render and Settle Her Account as Administratrix of LORETTA C. VAUGHAN, Also Known as LORETTA VAUGHAN, Deceased. ELIZABETH V. SAUM, as Administratrix, etc., of LORETTA C. VAUGHAN, etc., Deceased, Appellant; NEW DORP PARK CO., INC., Respondent. — Decree of the Surrogate's Court of Kings county settling the accounts of the administratrix and approving the claim of the New Dorp Park Co., Inc., unanimously affirmed, in so far as an appeal is taken therefrom, with costs to the respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ. [156 Misc. 577.]

KNICKERBOCKER LAUNDRY COMPANY, INC., Appellant, v. EUGENE A. STANCHI and Another, Respondents.— In an action brought to recover damages to plaintiff's truck, caused by the alleged negligence of defendants in the operation of another automobile, such damages being sustained in a collision between plaintiff's truck and the other automobile at a street intersection, judgment of the County Court of Nassau county dismissing the complaint at the close of plaintiff's proofs reversed on the law and a new trial ordered, with costs to appellant to abide the event. We are of opinion that the questions related to defendants' alleged negligence and plaintiff's claimed freedom from contributory negligence should have been submitted to the jury. (Shuman v. Hall, 246 N. Y. 51; Shirley v. Larkin Co., 239 id. 94; Ward v. Clark, 232 id. 195; Plantz v. Greiner, 232 App. Div. 73.) Nothing in the ruling in the case of Shirley v. Larkin Co. (supra), when that case is properly read, is at variance with our ruling. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.